THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Boards of Trustees of the Ohio
Laborers Benefits,

        Plaintiff(s),        Case No. 2:22-cv-2679

  v.                             JUDGE MORRISON

                                  MAGISTRATE JUDGE DEAVERS

One Call Land Care LLC, et al.,

        Defendant(s).

**<u>ENTRY OF DEFAULT</u>**

It appears that the Defendants, One Call Land Care LLC and One Call Lawn Care Inc., are in default, having failed to plead or otherwise defend in this cause as required by law. Now, therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against these Defendants on this 3rd day of August, 2022.

                                      Richard W. Nagel, Clerk
                                      United States District Court
                                      Southern District of Ohio



CLERK OF COURT

Signature of Clerk or Deputy Clerk