UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BOARDS OF TRUSTEES OF THE OHIO LABORERS BENEFITS,** | * | Case No. 2:22-cv-2679 |
| *Plaintiffs,* | * | Judge Morrison |
| | * | Magistrate Judge Deavers |
| v. | | |
| | * | |
| **ONE CALL LAND CARE, LLC AND ONE CALL LAWN CARE INC.,** | | **ORDER** |
| | * | |
| *Defendants.* | * | |
| | * | |

This matter is before the Court upon Plaintiffs' Motion to Accelerate and Expedite Discovery under Rules 26(d)(1) and 34(b)(2)(A) of the Federal Rules of Civil Procedure. (Doc. 7). Defendants have failed to appear or otherwise defend this action. (Doc. 6). Plaintiffs have asserted that, before they can move for default judgment, they need to serve requests for production of documents and obtain deposition testimony to determine the exact amount of money owed to Plaintiffs. Having been sufficiently advised, it is hereby

ORDERED that Defendants One Call Land Care, LLC and One Call Lawn Care, Inc. shall (a) respond to requests for production of documents served by Plaintiffs within twenty-one (21) days after service and (b) designate a knowledgeable representative under Rule 30(b)(6) to appear for a deposition under Rule 30(b)(3), with a stenographic court reporter, on Thursday, October 20, 2022 at 1:00 p.m. (One Call Land Care, LLC) and

1:30 p.m. (One Call Lawn Care, Inc.) at 800 Hillsdowne Road, Westerville, OH 43081; and it is further ORDERED that Plaintiffs shall be responsible for service of this Order, their requests for production of documents, and deposition notices upon Defendants.

**IT IS SO ORDERED.**

 8/4/2022                            s/ *Elizabeth A. Preston Deavers*
                                                 ELIZABETH A. PRESTON DEAVERS
Date                                  UNITED STATES MAGISTRATE JUDGE